```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

**JOHN E. CLEARY,**

        **Plaintiff,**

   vs.                                    **Civil Action 2:05-CV-559**
                                              **Judge Frost**
                                              **Magistrate Judge King**

**ALBERTO GONZALES,** *et al.*,

        **Defendants.**

## ORDER

On October 7, 2005, the United States Magistrate Judge issued a *Report and Recommendation* recommending that plaintiff's motion for default judgment, Doc. No. 9, be denied. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's motion for default judgment, Doc. No. 9, is hereby **DENIED**.


                                                               /s/ Gregory L. Frost
                                                                  Gregory L. Frost
                                                        United States District Judge