.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**John E Cleary**

vs.  Case No.  **C2-**05-cv-559

**Alberto Gonzales et al**

**MAGISTRATE KING**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

   IT IS ORDERED AND ADJUDGED that pursuant to the August 28, 2007 Opinion and Order, judgment is in favor of the defendant.


Date: August 28, 2007                **James Bonini, Clerk**

                                     By: _s/Rashan Spraggins_____
                                        Rashan Spraggins , Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

John E Cleary

        vs        Case Number: 2:05-cv-559

Alberto Gonzales

NOTICE OF DISPOSAL PER SOUTHERN DISTRICT OF OHIO
LOCAL RULES 79.2(a)(b) AND 79.3(e)

The above captioned matter has been terminated on 8/28/07.

If applicable to this case, the disposal date for exhibits and depositions will be six (6) months from the above termination date.

Rule 79.2(a) Withdrawal by Counsel:

All models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed in an action or offered in evidence shall not be considered part of the pleadings in this action, and unless otherwise ordered by the Court, shall be withdrawn by counsel without further Order within six (6) months after final termination of the action.

Rule 79.2(b) Disposal by Clerk

All models, diagrams, depositions, x-rays and other exhibits and materials not withdrawn by counsel shall be disposed of by the Clerk as waste at the expiration of the withdrawal period.

Rule 79.3(e)

Sealed or confidential documents shall be disposed of in accordance with Rule 79.2.

                James Bonini, CLERK

                By: __S/Rashan Spraggins_____
                  Rashan Spraggins  , Deputy Clerk